PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Michael Hester                Cr.: 15-00296-001
                                                                     PACTS #: 1164051

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN MCNULTY
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 08/25/2016

Original Offense:   Count One: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)

Original Sentence: 86 months imprisonment, 36 months supervised release

Special Conditions: $100 Special Assessment, Substance Abuse Testing/Treatment, Mental Health Treatment, Alcohol Restrictions

Type of Supervision: Supervised Release                Date Supervision Commenced: 10/21/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On December 2 and 15, 2022, Hester tested positive for marijuana, which was confirmed by laboratory testing. |

U.S. Probation Officer Action:
Hester has been referred for substance abuse treatment at Oaks Integrated Care in Montclair, New Jersey. Additionally, the probation office will continue to administer random urine screens to ensure compliance. Any additional non-compliance will be reported to the Court.

                                        Respectfully submitted,

                                        SUSAN M. SMALLEY, Chief
                                        U.S. Probation Officer

                                        *Dana Hafner*

                                        By:   DANA HAFNER
                                              Senior U.S. Probation Officer

/dh

Prob 12A – page 2
Michael Hester

APPROVED:

_____  1/9/23
PATRICK HATTERSLEY             Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

/s/ Kevin McNulty
_____
Signature of Judicial Officer

1/9/2023
_____
Date